1  PATRICK T. CONNOR, Bar No. 89136                    JS - 6
   Email Address: pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   Email Address: mgifford@deconsel.com
3  DeCARLO, CONNOR & SHANLEY,
   a Professional Corporation
4  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California  90071-1706
5  Telephone: (213) 488-4100
   Telefax:  (213) 488-4180
6

7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8  FOR THE CARPENTERS SOUTHWEST TRUSTS

9                 UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11              SOUTHERN DIVISION (SANTA ANA)

12  CARPENTERS SOUTHWEST          )  CASE NO. SACV 10-00168
    ADMINISTRATIVE CORPORATION,   )        CJC(RNBx)
13  a California non-profit        )
    corporation; and BOARD OF     )
14  TRUSTEES FOR THE CARPENTERS    )  [PROPOSED ]JUDGMENT
    SOUTHWEST TRUSTS,             )  PURSUANT TO STIPULATION FOR
15                                )  ENTRY OF JUDGMENT AS TO W.C.
                                  )  FROELICH, INC., a California
             Plaintiffs,          )  corporation, also known as W C
16                                )  FROELICH, INC., only
    v.                            )
17                                )
    W.C. FROELICH, INC., a        )
18  California corporation, also known as )
    W C FROELICH, INC.; KARL      )  Before The Honorable
19  CONRAD FROELICH, an individual; )        Cormac J. Carney
    and DOES 1 through 10, inclusive, )
20                                )
             Defendants.          )
21  _____ )

22       Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE

23  CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES

24  FOR THE CARPENTERS SOUTHWEST TRUSTS, ("PLAINTIFFS"), have

25  judgment against defendant, W.C. FROELICH, INC., a California corporation, also

26  known as W C FROELICH, INC. as follows:

27       That judgment be entered in favor of PLAINTIFFS for damages in the amount

28  of $7,196.45, or such lesser amount as may be shown owing by reason of part

1  payment, plus any additional amounts disclosed by unpaid reports, plus reasonable

2  attorneys' fees and costs.

3

4  Dated: September 21, 2010

5
                                THE HONORABLE CORMAC J. CARNEY

6                                  UNITED STATES DISTRICT JUDGE

7

8  Presented by,

9  DeCARLO, CONNOR & SHANLEY,
   a Professional Corporation

10

11  By:  /s/ Margaret R. Gifford   9/13/10
     MARGARET R. GIFFORD

12  Attorneys for Plaintiffs,
   CARPENTERS SOUTHWEST ADMINISTRATIVE

13  CORPORATION and BOARD OF TRUSTEES FOR THE
   CARPENTERS SOUTHWEST TRUSTS

14

15

16

17
   Carpenters v. W.C. Froelich, etc.

18  USDC CASE NO. SACV 10-00168 CJC(RNBx)

19

20

21

22

23

24

25

26

27

28